G. A. BAKER & Co., INC., Respondent, v. POLYGRAPHIC COMPANY OF AMERICA, INC., and NEW YORK GRAVURE CORPORATION, Appellants. POLYGRAPHIC COM-

PANY OF AMERICA, INC., Appellant, v. G. A. BAKER & CO., INC., Respondent. (Consolidated Actions).*— Judgment as against defendant New York Gravure Corporation reversed, with costs, and the original verdict of one dollar reinstated, and as so modified the judgment is affirmed, with costs to the plaintiff against Polygraphic Company of America, Inc. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.